Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE D. ISHIKAWA,<br><br>Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00094-JAD-PAL<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(A)(1)(A)(ii)** |

PLEASE TAKE NOTICE that Plaintiff SUZANNE D. ISHIKAWA and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian Information Solutions, Inc., with prejudice, within 60 days. Plaintiff requests

| | |
|---|---|
| 1 | that all pending dates and filing requirements as to Experian Information Solutions, Inc., be |
| 2 | vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as |
| 3 | to Experian Information Solutions, Inc. |
| 4 | |
| 5 | Dated this 12th day of October, 2017. |

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **December 11, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: October 12, 2017

Peggy A. Leen
United States Magistrate Judge

Notice of Settlement with Experian Information Solutions, Inc., Pursuant to FRCP 41(A)(1)(A)(ii) - 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii)** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC