Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE D. ISHIKAWA,<br><br>Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00094-JAD-PAL<br><br>**NOTICE OF SETTLEMENT WITH USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION PURSUANT TO FRCP 41(A)(1)(A)(II)** |

PLEASE TAKE NOTICE that Plaintiff SUZANNE D. ISHIKAWA and Defendant USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION, have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's

NOTICE OF SETTLEMENT WITH USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION PURSUANT TO FRCP 41(A)(1)(A)(II) - 1

claims against USAA Federal Savings Bank, National Association, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to USAA Federal Savings Bank, National Association, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to USAA Federal Savings Bank, National Association.

Dated this 12th day of October, 2017.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that plaintiff shall have until **December 11, 2017**, to either file a notice of voluntary dismissal against USAA Federal Savings Bank, National Association, or to file a status report advising when the notice of voluntary dismissal will be filed.

Dated: October 12, 2017

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION PURSUANT TO FRCP 41(a)(1)(A)(ii)** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

Jennifer L Braster, Esq.
Andrew J Sharples, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Experian Information Solutions, Inc.*

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC